IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JANICE BOMAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WAL-MART STORES, INC., ) | |
| and TITAN SECURITY, INC., ) | |
| ) | |
| Defendants. ) | Civil No. 03-2922-MI-P |
| ) | |
| WAL-MART STORES, INC., ) | |
| ) | |
| Cross Claimant, ) | |
| ) | |
| v. ) | |
| ) | |
| TITAN SECURITY, INC., ) | |
| ) | |
| Cross Defendant. ) | |

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

COME NOW the parties by and through Counsel and state to the Court that all the differences heretofore existing in this cause between all parties have been settled and that they are in agreement that all claims may be dismissed with prejudice.

IT IS, THEREFORE ORDERED, ADJUDGED AND DECREED that all matters existing between Plaintiff and Defendants are hereby dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all matters existing between Cross Claimant and Cross Defendant are hereby dismissed with prejudice.

M CJS 868627 v1
2825865-000061 05/18/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-25-05

_____
JUDGE

Date: May 23, 2005
_____

APPROVED:

_____
Clinton J. Simpson, Esquire (#20284)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
(901) 526-2000
Attorney for Defendant Wal-Mart Stores, Inc.

_____
Scott A. Kramer, Esquire
BOROD & KRAMER
80 Monroe Avenue, Suite G1
Memphis, TN 38103
Attorney for Plaintiff Janice Bomar

_____
Jeffery Glatstein, Esquire
SPICER, FLYNN & RUDSTROM, PLLC
80 Monroe Avenue, Suite 500
Memphis, Tennessee 38103
Attorney for Titan Security, Inc.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:03-CV-02922 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

Jeffery S. Glatstein
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Elaine Sheng
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Scott A. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

W. Michael Richards
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Bruce S. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT