FILED BY _____ _____ D.C.

05 MAY 24  AM 6: 38

Rob... ... Trolio
CLERK, U.S. DIST. CT.
W. D. OF TN, MEMPHIS

## UNITED STATES DISTRICT COURT
## *WESTERN DISTRICT OF TENNESSEE*
## *WESTERN DIVISION*

JANICE BOMAR,

VS

WAL-MART STORES, INC.,
and TITAN SECURITY, INC.

and

WAL-MART STORES, INC.

VS

TITAN SECURITY, INC.

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 03-2922 Ml/P**

Upon agreement by the parties:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Order of Dismissal With Prejudice filed May *23*, 2005, this case is DISMISSED with prejudice.

APPROVED:

_____
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

_____5/23/05_____
Date

ROBERT R. DI TROLIO

_____
Clerk of Court

_____
(By)  Deputy Clerk

This document entered on the docket sheet in compliance
~ Rule 58 and/or 79(a) FRCP on 5-25-05 _____

(31)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:03-CV-02922 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

W. Michael Richards
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Bruce S. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Elaine Sheng
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Scott A. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Jeffery S. Glatstein
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Honorable Jon McCalla
US DISTRICT COURT